# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Daryl Dewitt Stone  
    Mary Jo Antoinette Stone aka Mary J. Stone  
                    Debtor(s)

BK NO. 21-01173 HWV

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
07 Jun 2021, 13:36:18, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322