Certificate Number: 17082-PAM-DE-035811868

Bankruptcy Case Number: 21-01173



17082-PAM-DE-035811868

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2021, at 5:10 o'clock AM MST, MARY STONE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 6, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director