United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 21-01173-MJC
Daryl Dewitt Stone                                Chapter 7
Mary Jo Antoinette Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: admin                                              Page 1 of 2
Date Rcvd: Sep 13, 2021                   Form ID: fnldecac                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**
\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daryl Dewitt Stone, Mary Jo Antoinette Stone, 339 Eastshore Drive, East Stroudsburg, PA 18301-9362 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021                          Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Daryl Dewitt Stone claputka@laputkalaw.com jen@laputkalaw.com |
| Charles Laputka | on behalf of Debtor 2 Mary Jo Antoinette Stone claputka@laputkalaw.com jen@laputkalaw.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daryl Dewitt Stone,  
**Debtor 1**

Mary Jo Antoinette Stone,  
aka Mary J. Stone,  
**Debtor 2**

Chapter 7

Case No. 5:21−bk−01173−MJC

Social Security No.:  
xxx−xx−0734    xxx−xx−3147

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 10, 2021

BY THE COURT  
By the Court,

Honorable Mark J. Conway  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)